Opinion issued August 13, 2015



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-15-00430-CV

———————————

## IN RE O.O. AND A.G., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On May 7, 2015, relators O.O. and A.G., the parents of A.G., a child, filed a petition for writ of mandamus in this Court asserting that the Honorable John Phillips, presiding judge of the 314th District Court of Harris County, erred in awarding temporary managing conservatorship of the child A.G. to the Department

of Family and Protective Services.[1]  *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52 (governing original proceedings).

After considering the petition for writ of mandamus, the responses of the real party in interest and attorney ad litem for A.G., and the relevant records, we determine that relators have failed to establish entitlement to the extraordinary relief of a writ of mandamus.  Accordingly, we deny relators' petition for writ of mandamus and dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.

---

[1]  The underlying case is *In the Interest of [A.G.]*, cause number 2015-02330J, pending in the 314th District Court of Harris County, Texas, the Hon. John Phillips presiding.